# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

EXPENSIFY, INC.,

       Plaintiff,

vs.

EDDIE WHITE and MATT KOLESAR,

       Defendants.

Civil Action No. 4:19-cv-01892-PJH

## ORDER EXTENDING TIME WITHIN WHICH TO ANSWER OR
## OTHERWISE RESPOND TO THE COMPLAINT

AND NOW, this __11th__ day of June 2019, upon consideration of the Stipulation Extending Time Within Which To Answer Or Otherwise Respond To The Complaint, it is hereby ORDERED that said Stipulation is GRANTED. Defendants' response, which was due on June 10, 2019 originally, will now be due on or before July 25, 2019.

_____

Phyllis J. Hamilton

United States District Judge

**ORDER EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT; Case No. 4:19-cv-01892-PJH**