UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EXPENSIFY, INC., | |
|---|---|
| Plaintiff, | Case No. 19-cv-01892-PJH |
| v. | **JUDGMENT** |
| EDDIE WHITE, | |
| Defendant. | |

The issues having been duly heard and the court having dismissed the complaint with prejudice,

it is Ordered and Adjudged

that plaintiff takes nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 18, 2019

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge